

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

# O R D E R

As stated in our previous order, the reporter's record was due on August 25, 2014. On August 28, 2014, the court reporter responsible for filing the reporter's record in this appeal filed a second notification of late record requesting more than thirty additional days to complete and file the reporter's record. Although Texas Rule of Appellate Procedure 35.3(b) allows the appellate court to extend the deadline to file the record if requested by the court reporter, it also provides that "[e]ach extension must not exceed 30 days in an ordinary [] appeal." *See* TEX. R. APP. P. 35.3(b). Accordingly, we GRANT the court reporter a thirty-day extension of time to file the reporter's record. The reporter's record is due on **September 24, 2014**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court